**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 16-13850 |
|---|---|
| JOHN P KLOET | |
| ANNMARIE KLOET | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/22/2016.

2) The plan was confirmed on 06/27/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/09/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/29/2016.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,252.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,252.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $105.84 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$105.84** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ad Astra Recovery Serv | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED HEART GROUP | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HOME CARE PRODUCTS | Unsecured | 15.80 | NA | NA | 0.00 | 0.00 |
| AFFILATED CREDIT SERVICES | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FIRST FINANCE | Unsecured | NA | 1,753.92 | 1,753.92 | 0.00 | 0.00 |
| BHES PLAINFIELD | Unsecured | 341.50 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 3,616.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION BUR FT WALT | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CONNEMARA CONDO ASSOC | Secured | 8,686.76 | 9,121.76 | 9,784.26 | 310.20 | 0.00 |
| CONNEMARA CONDO ASSOC | Secured | NA | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 4,642.79 | NA | NA | 0.00 | 0.00 |
| DITECH FINANCIAL | Secured | 113,000.00 | 113,736.40 | 119,499.73 | 0.00 | 0.00 |
| DITECH FINANCIAL | Secured | NA | 5,763.33 | 3,500.00 | 0.00 | 0.00 |
| DR MOOLAYIL | Unsecured | 519.78 | NA | NA | 0.00 | 0.00 |
| DR ROBERT WRONA | Unsecured | 678.36 | NA | NA | 0.00 | 0.00 |
| Dr. Steven Soltes | Unsecured | 95.54 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ER Medical Associates of Palos LTD | Unsecured | 101.77 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SERVICE | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| GENESIS THERAPY CENTER | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 299.94 | 299.94 | 299.94 | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 295.61 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 2,617.80 | NA | NA | 0.00 | 0.00 |
| KITCHENTEK | Unsecured | 139.96 | NA | NA | 0.00 | 0.00 |
| LITTLE CO AFFLIATED PHYSICIANS | Unsecured | 312.88 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 289.00 | 289.44 | 289.44 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | NA | 930.00 | 930.00 | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | NA | 266.08 | 266.08 | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 189.84 | 215.52 | 215.52 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PALOS COMMUNITY HOSPITAL | Unsecured | 1,819.68 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC HEATLH PARTNERS | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| PERFORMANCE FOOT & ANKLE CNT | Unsecured | 499.79 | NA | NA | 0.00 | 0.00 |
| PORANIA LLC | Unsecured | NA | 2,469.28 | 2,469.28 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE LEASING LLC | Unsecured | 4,147.58 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,967.00 | NA | 1,967.48 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,059.52 | 1,059.52 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Secured | NA | 1,967.48 | 1,967.48 | 0.00 | 0.00 |
| QVC | Unsecured | 2,037.93 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONSULTA | Unsecured | 24.41 | NA | NA | 0.00 | 0.00 |
| REGIONAL RECOVERY SERVICES | Unsecured | 169.00 | 347.16 | 347.16 | 0.00 | 0.00 |
| Rgs Financial | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| Rgs Financial | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| Riverside Health System | Unsecured | 239.40 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MED CTR | Unsecured | 2,595.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER DBA CHRY | Secured | 33,358.01 | 33,155.34 | 33,155.34 | 1,597.46 | 114.31 |
| SANTANDER CONSUMER DBA CHRY | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER DBA CHRY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SCR LABORATORY PHY S C | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYRAPID CASH | Unsecured | NA | 531.52 | 531.52 | 0.00 | 0.00 |
| TITLE LENDERS INC | Unsecured | NA | NA | 427.24 | 0.00 | 0.00 |
| TITLE LENDERS INC | Secured | 5,334.43 | 5,761.67 | 5,334.43 | 100.85 | 23.34 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 3,375.90 | 3,375.90 | 0.00 | 0.00 |
| TRAVELERS PERSONAL INSURANCE | Unsecured | 88.15 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 505.80 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 2,715.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $119,499.73 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,500.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $38,489.77 | $1,698.31 | $137.65 |
| All Other Secured | $11,751.74 | $310.20 | $0.00 |
| **TOTAL SECURED:** | **$173,241.24** | **$2,008.51** | **$137.65** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,933.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $105.84 |
| Disbursements to Creditors | $2,146.16 |
| **TOTAL DISBURSEMENTS** : | **$2,252.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/15/2016                              By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**